452 A.2d 1075

Commonwealth v. Nilsson, Appellant.

Petition for Allowance of Appeal Denied June 3, 1983.

Submitted June 16, 1982. Nils H. Ljungman, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Affirmed.